UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LOUIS G. DUPONT                                    ORDER OF DISMISSAL
                                                   CV-02-2814 (DRH) (ARL)

        -against-

COUNTY OF SUFFOLK, COMMISSIONER JOHN
C. GALLAGHER, and JOSEPH CARROLL
-------------------------------------------------------------------X

        The Court having received counsel's letter dated October 4, 2006 informing the Court that

he is unable to contact plaintiff, and therefore unable to proceed with the case,

        IT IS HEREBY ORDERED that the case is dismissed without  prejudice to reopen should

counsel locate his client and decide to proceed with the case.

        The clerk is directed to  close this case.


        SO ORDERED.


                                        _____/S/_____
                                             DENIS  R. HURLEY
                                           United States District Judge


Dated: Central Islip, New York
       October 18, 2006